LOUIS PEROTTI, an Infant, by ANTHONY PEROTTI, His Guardian ad Litem, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant.

ANTHONY PEROTTI, Respondent, *v.* BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant.

(Submitted March 17, 1936; decided April 15, 1936.)

*Gregory U. Harmon, Corporation Counsel (Forbes F. Dougherty* of counsel), for appellant.

*Adrian Block* and *William J. Brock* for respondents.

In each case: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.